IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV -2 A 9:53

Tyrone Nunn, SR. # 158639
_____     )
Full name and prison number         )
of plaintiff(s)                     )
                                    )
v.                                  )   CIVIL ACTION NO. 3:05CV1059-T
                                    )   (To be supplied by Clerk of
INV. James Bailey                   )    U.S. District Court)
_____     )
Judge Tom Young                     )
_____     )
                                    )
_____     )
                                    )
_____     )
                                    )
Name of person(s) who violated      )
your constitutional rights.         )
(List the names of all the          )
persons.)                           )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____N/A_____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Red Eagle Honor Farm 1290 Red Eagle Road Montgomery, AL 36110

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Investigator James Bailey   P.O. box 327 Wedowee, AL 36278
2. Circuit Judge Tom Young     P.O. box 328 Wedowee, AL 36278
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
July 7, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: the Defendants have Conspired up under color of State Law to Deprive the petitioner of his property absent Due Process of Law

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____ SEE Attached exhibit (A) _____
_____ SEE Attached exhibit (B) Brief. _____
_____ SEE Attached exhibit (C) CAse Action Summary _____
_____
_____

GROUND TWO: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

For the Court to Order the Return of All Lawful Property OR Monteary Damages equilavent to the Property, OR issue an injuction Order the Court to Conduct a hearing within 60 Days or Return All Lawful Property

*[signature]*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __10-27-05__.
(Date)

*[signature]*
Signature of plaintiff(s)

4