Exhibit (A)

Statement of Facts:

On May 23, 2002 The Randolph Co. Sheriff Dept. Inv. James Bailey seized one G.E. Microwave, 1966 Chevy II Nova, 1991 Ford Explorer, 1995 Gt Mustang, $2,146.48 After a Execution of a Search Warrant on May 22, 2002 which alledgelly yeild 68 grams of "Crack" Cocaine. The State filed a Complaint Seeking Forfeiture of the above property. On August 1, 2002 the Court enter a Pre-judgment Seizure. In 2003 The Fall term the Plentiff & Codefendant Amy Knight was indicted for trafficking. The Plentiff was incarcerated on a unrelated charge serving time in The Al. State Prison System. The Plentiff was transported to Court serval times from Oct. 2003 up until April 2005 in which the Court Dismissed The trafficking case. CC-03-192 on the basis That the evidence was unreliable being that the Chemist Charlie Holocomb had been fired for tampering with evidence and convicted of this crime as well as using control subtance. During the Pendency of the Civil action the Plentiff began filing motions for return of property on 11-7-03, on 9-19-03 the petitioner filed a motion to Dismiss the writ also. On 2-12-04 the Court Issued a order that the Plentiff motion for return of property be Continued Pending Outcome of Criminal Case, On 4-17-05 The Court Dismissed the Criminal Case 03-192 to which led to the Seizure, On 4-29-05 the Plentiff petition the Court for return of property, On 5-13-05 the Court set the motion for hearing on 7-14-05 at 9am and conducted Such hearing but failed to reach a ruling or return Plentiffs Property

ON 8-26-05 the Plentiff moved for a Fast & speedy Trial but to No avail as well as Any other motion filed. Al. Code 20-2-93 Seizure require promptness even though it set no time limit for a hearing. The Sheriff Dept has had Property seized over 3 years approximated 42 mths which has violated Petitioner Due process rights the Circuit Judge Tom young has failed to Order the return of Petitioner Property or afford Plentiff his Due process rights to a hearing IN favor or against the plentiff. The Circuit Judge Tom young has Conspired with the Randolph Co. Sheriff Dept. to Deprive The Plentiff of his property without the benfits of Due Process of law and Equal protection of the law In Violation of the Plentiff 5th, 14th amendment U.S.C.A. rights The Petitioner seek the return of his property plus Demages occurred over this 3 year period. The Plentiff seeks $16,000 for the Value of 1995 Gt. Mustang, $4,200 for 1991 Ford explorer and $3,000 66 Chey II Nova, $ 2,146.48 Cash for a total of $25,346.48 In Compensatory Demages, plus Punitive Damages of $ 20,000 and Any Court Cost fee's associated with the filing and Service of Complaint.