Exhibit (B)

## Brief

The Plantiff Moves the Court to the Al. Supreme Court Ruling of <u>Woods-v- Reeves</u>, 628 So.2d 563 (Ala. 1993): Stating, The Essence of Due Process requires the aggreived party be given a prompt opportunity to adjudicate his claim. Subsection (c) of [Act No. 1407, § 504] requires that in the event of a Seizure pursuant to Subsection (b), proceedings under Subsection (d) Shall be instituted promptly' [emphasis supplied in Kirkland] right to prompt hearing, 19 U.S.C. § 1604 States: is that where judicial proceedings are required they be brought immediately. SEE ALSO, <u>Eleven Automobile-v- State</u> 384 So.2d at 1131, In this case the state seized property pursuant to 20-2-93 Code of Al. 1975. The Code itself requires no Specific Time limit for a hearing, Trial but it still requires promptness The Petitioner In this Case sought the return of his property on grounds that the State Conducted a hearing 8 mths after it Seized his property and violated his Due Process and sought the return for these Reason. The Court Noted that the Petitioner Caused Some of the Delay, And futher noted he asked for No Speedy Trial or filed any type of motions seeking the release or return of his property. In the plantiff instant case he sought his first return on 9-19-03 in a motion to Dismiss On 11-4-03 he filed a Second motion a return of property, on 4-29-05 a third motion for return of property, and 8-26-05 Finally a request for speedy trial but to No avail SEE Attached exhibit (C) Clerk Case Action Summary Sheet Confirmed these motions and Dates.

## Conclusion

Wherefore, The Plantiff prays the Court Carefully review the facts that the State has had Property seized over 3 years, a total of 42 mths and it's failure to allow petitioner to adjudicate his claim has violated the plentiff Due Process right Guemteed by the Untied States Constitution 5th amendment. Their has been no Promptness In this Cause and it is still on going without any signs of a hearing or an Order showing Forfeiture so Plentiff could seek an appeal. the Federal Court has Jurisdiction over this matter to order the return or Monteary Damages.

Brief:
Tyrone Nunn, SR. # 158639
1290 Red Eagle Road A-81
Montgomery, AL 36110

Tyrone Nunn Sr.