```
AVSO351                                                           CV 2002 000098.00

                                      JUDGE: ASSIGNED JUDGE

                        ALABAMA JUDICIAL DATA CENTER
                            CASE ACTION SUMMARY
                              CIRCUIT CIVIL

   IN THE CIRCUIT    COURT OF    RANDOLPH      COUNTY
   STATE OF AL EX REL REA S CLARK VS TYRONE NUNN AND AMY L KNIGHT
   FILED: 05/23/2002 TYPE: CONDEMNATION          TYPE TRIAL: NON-JURY   TRACK:
************************************************************************************
 DATE1: 07/14/2005    CA:                 CA DATE:
 DATE2:               AMT:         $.00   PAYMENT:
 DATE3:
************************************************************************************
  05/28/2002     SERVICE ORDER SENT TO D002

  05/28/2002     SET FOR: HEARING ON 08/01/2002 AT 0900A      (AV01)

  06/05/2002     SERVICE OF SERVED PERSON ON 06/02/2002 FOR D002

  06/27/2002     D002 ANSWER TO INTERROGATORIES

  07/01/2002     PARTY ADDED    W001    CHRIS MAY             (AW21)

  07/01/2002     PARTY ADDED    W002    SHERIFF JEFF FULLER   (AW21)

  07/01/2002     PARTY ADDED    W003    DONNIE STRAIN         (AW21)

  07/01/2002     PARTY ADDED    W004    JAMES BAILEY          (AW21)

  07/01/2002     PARTY ADDED    W005    SHERWIN BOSWELL       (AW21)

  07/01/2002     WITNESS SUBPOENA ISSUED

  07/02/2002     PARTY ADDED    W006    DERRICK FORBES        (AW21)

  07/02/2002     WITNESS SUBPOENA ISSUED TO W006 DERRICK FORBES

  07/12/2002     PARTY W005 SERVED DATE: 07032002   TYPE:     (AW21)

  08/21/2002     ORDER ON WRIT OF SEIZURE

  08/22/2002     SERVICE ORDER SENT TO D001

  08/22/2002     SERVICE ORDER SENT TO D002

  08/23/2002     SERVICE ORDER SENT TO D002

  09/04/2002     DEF TYRONNE NUNN'S ANSWERS TO INTERROGATORIES

  02/25/2003     ANSWER OF OTHER ON 02/24/2003 FOR D001       (AV02)

  02/25/2003     D001'S MOTION FOR DISSOLUTION OF WRIT

  04/08/2003     ORDER DENYING MOTION FOR DISS OF WRIT

  09/19/2003     PETITIONER'S MOTION FOR DISMISSAL OF WRIT

  09/19/2003     ORDER DENYING MOTION FOR DISMISSAL OF WRIT

  11/07/2003     DEF'S MOTION FOR RETURN OF PROPERTY

  11/24/2003     SET FOR: HEARING ON 02/12/2004 AT 0900A      (AV01)

  01/13/2004     WITNESS SUBPOENA ISSUED TO W001 CHRIS MAY    (AW21)

  01/13/2004     WITNESS SUBPOENA ISSUED TO W004 JAMES BAILEY (AW21)

  MAW   10/25/2005                                       CV 2002 000098.00
```

```
AVSO351                                                    CV 2002 000098.00

                                              JUDGE: ASSIGNED JUDGE
------------------------------------------------------------------------------
                      ALABAMA JUDICIAL DATA CENTER
                          CASE ACTION SUMMARY
                              CIRCUIT CIVIL
------------------------------------------------------------------------------
   IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY

    STATE OF AL EX REL REA S CLARK VS TYRONE NUNN AND AMY L KNIGHT
  FILED:  05/23/2002 TYPE: CONDEMNATION       TYPE TRIAL: NON-JURY   TRACK:

******************************************************************************
 DATE1:  07/14/2005   CA:                   CA DATE:
 DATE2:               AMT:         $.00     PAYMENT:
 DATE3:
******************************************************************************
 PLAINTIFF  001: STATE OF ALABAMA
                 EX REL REA S CLARK         ATTORNEY: BALDWIN MELODY M
                 DISTRICT ATTORNEY          RID005    P O BOX 338
                 WEDOWEE, AL  36278-0000
                 PHONE: (256)000-0000                 ASHLAND, AL  36251
 ENTERED:  05/28/2002 ISSUED:             TYPE:                (256)354-5464
 SERVED:              ANSWERED:           JUDGEMENT:
------------------------------------------------------------------------------
 DEFENDANT  001: NUNN TYRONE
                 50 HEARD ST               ATTORNEY:

                 WEDOWEE, AL  36278-0000
                 PHONE: (256)000-0000
 ENTERED:  05/28/2002 ISSUED:  05/28/2002 TYPE:     SHERIFF
 SERVED:              ANSWERED: 02/24/2003 JUDGEMENT:
------------------------------------------------------------------------------
 DEFENDANT  002: KNIGHT AMY L
                 50 HEARD ST               ATTORNEY:

                 WEDOWEE, AL  36278-0000
                 PHONE: (256)000-0000
 ENTERED:  05/28/2002 ISSUED:  05/28/2002 TYPE:     SHERIFF
 SERVED:   06/02/2002 ANSWERED:           JUDGEMENT:
------------------------------------------------------------------------------


    05/24/2002    MOTION AND ORDER FOR WRIT OF SEIZURE

    05/24/2002    MOTION AND ORDER FOR PUBLICATION/WAIVE FILING FEE

    05/24/2002    ORDER OF PUBLICATION/INTERROGATORIES FILED

    05/28/2002    FILED THIS DATE: 05/23/2002                  (AV01)

    05/28/2002    ORIGIN: INITIAL FILING                       (AV01)

    05/28/2002    CASE ASSIGNED STATUS OF: ACTIVE              (AV01)

    05/28/2002    ASSIGNED TO JUDGE: ASSIGNED JUDGE            (AV01)

    05/28/2002    BENCH/NON-JURY TRIAL REQUESTED               (AV01)

    05/28/2002    STATE OF ALABAMA ADDED AS C001               (AV02)

    05/28/2002    LISTED AS ATTORNEY FOR C001: BALDWIN MELODY M

    05/28/2002    NUNN TYRONE ADDED AS D001                    (AV02)

    05/28/2002    KNIGHT AMY L ADDED AS D002                   (AV02)

    05/28/2002    CASE ACTION SUMMARY PRINTED                  (AV02)

    05/28/2002    SERVICE ORDER SENT TO D001
------------------------------------------------------------------------------
MAW   10/25/2005                                           CV 2002 000098.00
```

```
 AVSO351                                                    CV 2002 000098.00

                                              JUDGE: ASSIGNED JUDGE

                        ALABAMA JUDICIAL DATA CENTER
                            CASE ACTION SUMMARY
                               CIRCUIT CIVIL

     IN THE CIRCUIT   COURT OF  RANDOLPH      COUNTY

       STATE OF AL EX REL REA S CLARK VS TYRONE NUNN AND AMY L KNIGHT
     FILED:  05/23/2002 TYPE: CONDEMNATION        TYPE TRIAL: NON-JURY  TRACK:

 **********************************************************************
  DATE1:  07/14/2005  CA:                   CA DATE:
  DATE2:               AMT:         $.00  PAYMENT:
  DATE3:
 **********************************************************************
    ✓02/12/2004     CONTINUED PENDING OUTCOME OF CRIMINAL CASE

     03/18/2004     DEF'S MOTION FOR RELIEF FROM JUDGMENT

    ✓04/29/2005     DEF'S MOTION FOR RETURN OF PROPERTY

    ✓05/13/2005     SET FOR: HEARING ON 07/14/2005 AT 0900A     (AV01)

     07/18/2005     PETITION FOR WRIT OF MANDAMUS

     08/04/2005     PETITION FOR MANDAMUS DENIED BY COURT OF CIVIL APP

     08/12/2005     DEF'S MOTION FOR RELIEF FROM JUDGMENT

     08/24/2005     CERTIFICATE OF JUDGMENT/PET FOR MANDAM DENIED

    ✓08/26/2005     DEF'S MOTION FOR FAST AND SPEEDY TRIAL


 MAW    10/25/2005                                          CV 2002 000098.00
```