IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2005 NOV -2 A 9:53

Tyrone Nunn SR. 158639 )
_____ )
_____ )
         Plaintiff(s)       )
                            )     3:05CV1059-T
v.                          )
                            )
Inv. James Bailey           )
Judge Tom Young             )
_____ )
         Defendant(s)       )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Tyrone Nunn SR _____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Tyrone N\_\_\_\_ Sr.
_____
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

2005 NOV -2 A 9:23

Plaintiff

V.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

Defendant

I, ___Tyrone D_____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  __Red Eagle Honor farm__

    Are you employed at the institution?  __NO__    Do you receive any payment from the institution?  __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    __10-2-01   $900 month__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends              ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments       ☐ Yes    ☑ No
    e. Gifts or inheritances                             ☐ Yes    ☑ No
    f. Any other sources  __Prison Account__             ☑ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.

   1995 GT Mustang $16,000
   1991 Ford Explorer $4,300
   1966 Chev II Nova $3,000
   $2,146.48 Cash        All property seized by the defendants.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Tyrone W——, Jr. Cosby $0

I declare under penalty of perjury that the above information is true and correct.

_10-27-05_    _Tyrone W—— Sr. 158639_
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.