IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 3:05cv1059-T |
| ) | (WO) |
| JAMES BAILEY, etc., ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(2) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(ii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure**

**DONE, this the 30th day of November, 2005.**

                 <u>/s/ Myron H. Thompson</u>
                 **UNITED STATES DISTRICT JUDGE**